UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80561-CIV-COHN/Snow

NORTH PALM NEUROSURGERY, PL,
Individually and on Behalf of
Others Similarly Situated,

        Plaintiff,

v.

AMERICAN INTERNATIONAL INSURANCE
COMPANY, et al.,

        Defendants.

_____/

## O R D E R

    THIS CAUSE is before the Court sua sponte.

    The plaintiff is represented by attorneys not admitted to practice in the Southern District of Florida.  Pursuant to Rule 4.B, Special Rules Governing the Admission and Practice of Attorneys in the Southern District and Rule 2B of the CM/ECF Administrative Procedures for the Southern District of Florida, such an attorney may, upon written motion, be permitted to make a special or limited appearance for purposes of representing the plaintiff in this case.  The rule requires that the motion designate a member of the bar of this Court who maintains an office in the State of Florida for the practice of law, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served, along with a certification from the applicant that he/she has studied the local rules.  The rule further requires that the motion be accompanied by a written statement consenting to the designation. Additionally, Administrative Order 96-61 provides that

. . . the Court hereby establishes a new admissions
fee of $75.00.  This admissions fee is to be paid
by every attorney seeking admission to our Local
Bar as well as those attorneys petitioning the
Court to appear and participate in a particular
case under Rule 4(B) of the Special Rules Governing
the Admission and Practice of Attorneys in this
District.  The fee should be paid by check made
payable to the "U.S. Courts" and be accompanied by
written application and certification as specified
in our Local Rules.

Therefore, it is hereby

ORDERED AND ADJUDGED that on or before July 10, 2007, Eric
Brunick, Paul Weiss, William Sweetnam, and Richard Burke, shall each
file a motion to appear pro hac vice in this case, accompanied by a
$75.00 check made payable to the U.S. Courts.  The motion shall
designate local counsel, and shall be accompanied by a written statement
indicating that the designated local counsel consents to the
designation, along with a certification from the applicant that he/she
has studied the local rules.  The motion shall include local counsel's
address, telephone number and facsimile number.  The Court will not
consider any pleadings filed in this action until such motion is
granted.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day
of July, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
Gary Lesser, Esq. (P)
Steven Jaffe, Esq. (P)
Charles Rosenerg, Esq. (Ds)

Eric Brunick, Esq.
Paul Weiss, Esq.
William Sweetnam, Esq.
Richard Burke, Esq.

Ms. Catherine Wade (MIA)
 Executive Service Administrator